BAILES, Appellant, v. AILINGER, Respondent. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by Charles A. Bailes against George G. Ailinger, as president. L. L. Kellogg, for appellant. A. Steckler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

———

BANKER v. SCHADE et al. (Supreme Court, Appellate Division, First Department. March 18, 1904.) Action by William Banker against John Schade and others. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

———

BARKER, Respondent, v. BARKER, Appellant. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) Action by Charles B. Barker against Eva M. Barker. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Quinn v. B. H. R. R. Co. (decided November 20, 1903) 84 N. Y. Supp. 738.

———

BARRY, Respondent, v. VILLAGE OF PORT JERVIS, Appellant. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by John J. Barry against the village of Port Jervis. No opinion. Judgment and order unanimously affirmed, with costs, on argument, with leave to the appellant to appeal to the Court of Appeals, if so advised.

BARTLEY, Respondent, v. WALSH, Appellant. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by Michael J. Bartley against Patrick J. Walsh. No opinion. Judgment of the Municipal Court affirmed, with costs.

———

BEAN, Appellant, v. WILKIE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 5, 1904.) Action by Charles D. Bean, as trustee in bankruptcy, etc., against Henry D. Wilkie and others. No opinion. Judgment affirmed, with costs.

———

BECKWITH et al. v. NEW YORK, C. & ST. L. R. CO. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by Blanche Beckwith and others against the New York, Chicago & St. Louis Railroad Company.

PER CURIAM. Motion for leave to appeal to the Court of Appeals granted; this court certifying that in its opinion a question of law is involved herein which ought to be reviewed by that court.

———

BELLINGHAM v. BELLINGHAM. (Supreme Court, Appellate Division, First Department. April 15, 1904.) Action by James H. Bellingham against Mary F. Bellingham. No opinion. Motion granted, with $10 costs.

BERNSTEIN v. MIDDLEBROOK. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by Jacob Bernstein against Frederick J. Middlebrook. No opinion. Motion granted, with $10 costs.

———

BEST, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by Sarah J. Best against the city of Buffalo.

PER CURIAM. Judgment and order affirmed, with costs.

HISCOCK, J., not sitting.

———

BINGLEY, Appellant, v. STERN et al., Respondents. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Action by David P. Bingley against Jacob A. Stern and others. J. B. Leavitt, for appellant. A. C. Cass, for respondents. No opinion. Judgment affirmed, with costs.

———

BLANKE, Respondent, v. EVENING POST PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Action by Everett N. Blanke against the Evening Post Publishing Company. A. A. Cook, for appellant. G. W. Wingate, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

———

BLOUNT, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by Jennie A. Blount against the Syracuse Rapid Transit Railway Company.

PER CURIAM. That portion of the order appealed from reversed, with $10 costs and disbursements, and motion granted, with $10 costs to abide event, by requiring the plaintiff to state in her bill of particulars in what respects she claims the car was operated in a reckless, careless, and negligent manner, as alleged in her complaint.